IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:09-60202-CIV-COHN-SELTZER

THE CONTINENTAL GROUP, INC.
A Florida Corporation,

       Plaintiff,

v.

KW PROPERTY MANAGEMENT, LLC d/b/a KW PROPERTY MANAGEMENT AND CONSULTING, LLC, a Florida Limited Liability Company; KW HOLDING ONE, LLC d/b/a KW PROPERTY MANAGEMENT AND CONSULTING, LLC, a Florida Limited Liability Company; THE GRAND PRESERVE AT NAPLES LLC d/b/a KW PROPERTY MANAGEMENT AND CONSULTING, LLC, a Florida Limited Liability Company; and MARCY KRAVIT, an individual,

       Defendants
_____/

## DEFENDANT MARCY KRAVIT'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [DE 152]

Defendant, MARCY KRAVIT (hereinafter "Kravit"), by and through her undersigned counsel, files this, her Motion to Dismiss Plaintiff's Amended Complaint [DE 152], and in support thereof states as follows:

1. On February 9, 2009 Plaintiff filed its Verified Complaint. [DE 1]. Count I of Plaintiff's Verified Complaint was for violation of the Computer Fraud and Abuse Act, 18 USC § 1030 (hereinafter CFAA).

2. On March 2, Defendant KW filed a Motion to Dismiss Plaintiff's Verified Complaint, asserting lack of subject matter jurisdiction and failure to state a claim upon which relief

could be granted. [DE 57]. Defendant Kravit adopted said Motion to Dismiss, in all respects applicable to Kravit. [DE 61].

3. On April 22, 2009, this Court entered its Order Granting in Part Motion for Preliminary Injunction. [DE 150]. In its Order, the Court Granted Defendants' Motion to Dismiss the CFAA claim in Count I of Plaintiff's Verified Complaint, because Plaintiff did not adequately plead that it suffered the minimal jurisdictional amount of "loss" or "damage" as defined in the CFAA. *See* Order at 40 and 21-23 [DE 150].

4. Subsequently, on April 27, 2009, Plaintiff flied its Amended Complaint, which included a count for violation of the CFAA that appears ***identical*** to the CFAA claim in its initial Verified Complaint, and contains the same defects as the Verified Complaint in that Plaintiff failed to meet the jurisdictional threshold under the CFAA, as it failed to allege "loss" or "damage" under the CFAA. [DE 152].

5. Because the Court already dismissed Plaintiff's prior identical CFAA claim for failure to state a cause of action upon which relief can be granted, the Court should dismiss Count I of Plaintiff's Amended Complaint.

WHEREFORE, Kravit respectfully requests this Court to dismiss Count I of Plaintiff's Amended Complaint.

Dated this 5th day of June, 2009.

GARY W. POLLACK, P.A.
Attorneys for Defendant Marcy Kravit
1260 SunTrust International Center
One Southeast Third Avenue
Miami, Florida  33131
Telephone: (305) 373-9676
Facsimile: (305) 373-9679
Email: hopeylaw2112@gmail.com

By: /s/ Gary W Pollack, Esq.
     Gary W. Pollack
     FL Bar No. 313114

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2009 I electronically filed the foregoing Motion for Clarification with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        GARY W. POLLACK, P.A.
        Attorneys for Defendant Marcy Kravit
        1260 SunTrust International Center
        One Southeast Third Avenue
        Miami, Florida  33131
        Telephone: (305) 373-9676
        Facsimile: (305) 373-9679
        Email: hopeylaw2112@gmail.com

        By: /s/ Gary W Pollack, Esq.
            Gary W. Pollack
            FL Bar No. 313114

## THE CONTINENTAL GROUP, INC. V. KW PROPERTY MANAGEMENT, LLC et al.
## 09-CV-60202-COHN-SELTZER

### SERVICE LIST

**Jason Robert Nickerson, Esq.**
**Joan Marie Canny, Esq.**
Counsel for Plaintiff
MORGAN LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300 Wachovia Financial Center
Miami , FL 33131-2339
Telephone: 305-415-3384
Facsimile: 877-432-9652
Email: jnickerson@morganlewis.com
         jcanny@morganlewis.com


**Frank Christopher Simone, Esq.**
SHERMAN LAW OFFICES
1000 Corporate Drive, Suite 310
Fort Lauderdale , FL 33334
Telephone: 954-489-9500
Facsimile: 954-489-9531
Email: fcs@shermanlegal.com


**Gary William Pollack, Esq.**
GARY W. POLLACK, P.A.
1260 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-9676
Facsimile: (305) 373-9679
E-mail: hopeylaw2112@gmail.com


**Franklin L. Zemel, Esq.**
ARNSTEIN AND LEHR LLP
200 East Las Olas Blvd. Suite 1700
Ft. Lauderdale, Florida 33301
Telephone:  (954) 713-7600
Facsimile:  (954) 713-7710
flzemel@arnstein.com